IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MEGAN E. MOORE                                                                                         PLAINTIFF

V.                          CIVIL NO. 2:18-cv-02197-MEF

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                                    DEFENDANT

## FINAL JUDGMENT

This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding her application for a period of disability and disability benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Eighth Circuit. The Court, having reviewed the record, the administrative transcript, the briefs of the parties, the applicable law, and oral argument having been waived, finds as follows, to-wit:

For the reasons announced by the Court on the record on November 18, 2019, the Court finds that the decision of the Commissioner of Social Security is supported by substantial evidence, and the same is hereby affirmed.

IT IS SO ORDERED this 18th day of November 2019.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE